DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTRAEVIS PAKI SMITH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2245

[November 6, 2025]

Appeal of order denying rule 3.850 from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lawrence Mirman, Judge; L.T. Case No. 562008CF004836B.

Robert R. Berry, The Law Office of Robert R. Berry P.A., Tallahassee, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***